■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE BROWN, Appellant. (Appeal No. 2.) [887 NYS2d 925]— Appeal, by permission of a Justice of the Appellate Division of the Supreme Court, in the Fourth Judicial Department, from an order of the Supreme Court, Monroe County (Stephen R. Sirkin, A.J.), entered January 5, 2006. The order denied the motion of defendant pursuant to CPL 440.10 to vacate the judgment of conviction in appeal No. 1.

It is hereby ordered that the order so appealed from is unanimously affirmed. Present—Martoche, J.P., Smith, Fahey, Carni and Pine, JJ.